UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

HAFIZ NASEEM,

       Defendant.

)
)
) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
)
)  07 Cr. 610 (RPP)
)
)

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case, and to add him as the Filing User for the United States to whom Notices of Electronic Filing will be transmitted in this case.

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                   by:  /s/ Reed Michael Brodsky
                                          Reed Michael Brodsky
                                          Assistant United States Attorney
                                          (212) 637-2492 (tel)
                                          (212) 637-2452 (fax)
                                          reed.brodsky@usdoj.gov